IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:98-CR-19-1H

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) **ORDER** |
| CEDRIC BELL, | ) |
| Defendant. | ) |

This matter is before the court on defendant's motion for early termination of his supervised release, [DE #59]. The court has carefully considered the motion and the conduct of defendant while on supervised release, and in its discretion, denies the motion.

This 12th day of November 2020.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#35