IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:98-CR-19-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| CEDRIC BELL, | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's renewed motion for early termination of his supervised release, [DE #561]. The court has carefully considered the motion and the conduct of defendant while on supervised release, and in its discretion, denies the motion.

This 4th day of May 2021.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26